# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| THE GUY MITCHELL & BETTY J. MITCHELL FAMILY TRUST, by and through, JOSEPH S. STANZAK, as Trustee, <br> *Plaintiff* <br> v. <br> Artists Rights Enforcement Corporation, <br> *Defendant* | Civil Action No. 11-CV-0024-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* The Guy Mitchell & Betty J. Mitchell Family Trust recover from the defendant *(name)* Artists Rights Enforcement Corporation the amount of two thousand three hundred one dollars and 38 cents ($ 2,301.38 ), which includes prejudgment interest at the rate of 12.00 %, plus post judgment interest at the rate of 0.13 % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:


This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☑ tried by Judge Thomas O. Rice without a jury and the above decision was reached.

☐ decided by Judge _____ on an motions.


Date: January 17, 2014

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen